UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND CLOUTIER :
:
v. : C.A. No. 05-182T
:
WESTERN UNION EMPLOYEE BENEFIT :
FUND COMMITTEE, AND WESTERN UNION :
FINANCIAL SERVICES, INC., Pension Plan :

**STIPULATION**

By agreement of the parties, Defendants Western Union Employee Benefit Fund Committee and Western Union Financial Services, Inc., Pension Plan, may have up to and including June 17, 2005 to file an Answer to Plaintiff's Complaint.

Mark B. Morse, (#3003)
Attorney for Plaintiff Raymond Cloutier
111 Wayland Avenue
Providence, RI 02903
Telephone: (401) 831-0555
Facsimile: 401-273-0937

Paul V. Curcio (#1965)
Attorney for Defendants
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Facsimile: (401) 351-4607

Dated: May 18, 2005

333071_1.doc

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 5/19/05

2

CERTIFICATION

I hereby certify that a true and accurate copy of the within was mailed/hand delivered to the following attorneys of record: Mark B. Morse, Esq., 420 Angell Street, Providence, RI 02906 on this 18th day of May, 2005.

Shelley R. Zimmerman

*333071_1.doc*