UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND CLOUTIER

VS. CA NO: 05-182T

WESTERN UNION EMPLOYEE BENEFIT FUND COMMITTEE AND WESTERN UNION FINANCIAL SERVICES, INC., PENSION PLAN

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STIPULATION

Plaintiff shall have up to and including July 18, 2005, in which to respond Defendant's Motion to Dismiss the Complaint, or in the alternative, for Judgment on the Pleadings.

Plaintiff,
by his Attorney,

Mark B. Morse, #3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555

Defendant,
By its Attorney,

Paul V. Curcio, #1965
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903

Sean M. Becker, Esq.
Kenneth W. Salinger, Esq.
Pro Hac Vice
Palmer & Dodge
111 Huntington Avenue
Boston, MA 02199

ENTER: Ernest C. Torres