UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RAYMOND CLOUTIER,

    Plaintiff,

    v.                                             C.A. No. 05-182T

WESTERN UNION EMPLOYEE
BENEFIT FUND COMMITTEE,
et al.,

    Defendants.

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, FOR JUDGMENT ON THE PLEADINGS

Defendants' Motion to Dismiss the Complaint or, In the Alternative, for Judgment on the Pleadings is denied without prejudice to Defendants' right to seek leave to file a motion for summary judgment.

IT IS SO ORDERED,

*Ernest C. Torres*
_____
Ernest C. Torres, Chief Judge
Date: August 16, 2005