UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND CLOUTIER :
:
v. : C.A. No. 05-182T
:
WESTERN UNION EMPLOYEE BENEFIT :
FUND COMMITTEE, AND WESTERN UNION :
FINANCIAL SERVICES, INC., Pension Plan :

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Sean M. Becker of Palmer & Dodge LLP respectfully withdraws his appearance on behalf of the Defendants. Paul V. Curcio of Adler Pollock & Sheehan P.C. and Kenneth W. Salinger of Palmer & Dodge LLP will continue to represent Defendants.

Respectfully submitted,

Paul V. Curcio (#1965)
ADLER POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Facsimile: (401) 351-4607

August 16, 2005

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within Notice of Withdrawal of Appearance was mailed to the following attorneys of record on this 16th day of August, 2005:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903

Angela L. Connelly

*342280_1*