UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND CLOUTIER,

Plaintiff,

v.

WESTERN UNION EMPLOYEE BENEFIT FUND COMMITTEE, and WESTERN UNION FINANCIAL SERVICES, INC., PENSION PLAN

Defendant.

Civil Action No. 05-182T

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants Western Union Employee Benefit Fund Committee and Western Union Financial Services, Inc. Pension Plan hereby move that Joseph P. Mingolla of Palmer & Dodge LLP be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. This case involves the complex area of ERISA law in which Palmer & Dodge has a specialty and proposed associate trial counsel have specialized experience.

2. Palmer & Dodge LLP has represented entities affiliated with the defendants in the past and defendants' in-house counsel has expressed a desire for Palmer & Dodge LLP to represent defendants in this matter, as well.

3. Palmer & Dodge's familiarity with the defendants and the specific claims in this case will facilitate the expeditious defense, and resolution, of this matter.

4. Given the above, it is in the interests of justice and judicial economy for Mr.

Mingolla of Palmer & Dodge LLP to be admitted *pro hac vice* as associate trial counsel in the above-referenced matter.

Mr. Mingolla's Certification for Pro Hac Vice Admission is attached hereto.

Respectfully submitted,

Paul V. Curcio (#1965)
ADLER POLLOCK & SHEEHAN P.C.
2300 Bank Boston Plaza
Providence, RI 02903-2443
Tel.: (401) 274-7200
Fax: (401) 351-4607

Dated: August 2, 2005

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) Federal District Bar of MA, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Joseph P. Mingolla | Paul V. Curcio, Esq. |
| Name *Joseph P. Mingolla* | Local Associate Counsel *Paul V Curcio* |
| | R.I. Bar ID # |
| Balmer & Dodge LLP | Adler Pollock & Sheehan, P.C. |
| Firm Name | Firm Name |
| 111 Huntington Avenue | One Citizens Plaza, 8th Floor |
| Business Address | Business Address |
| Boston, MA 02199 | Providence, RI 02903-1345 |
| 617-239-0100 Tel. # / 617-227-4420 Fax # | 401-274-7200 Tel. # / 401-751-0604 Fax # |

---

**Order :** This motion is hereby *Granted*

*Ernest C Torres / D*

U.S. District Judge

Date: *8/18/05*

pro hac vice motion (rev.3/05)

CERTIFICATION

I hereby certify that a true and accurate copy of the within was mailed/hand delivered to the following attorneys of record: Mark B. Morse, Esq., 420 Angell Street, Providence, RI 02906 on this 2nd day of August, 2005.

Shelley R. Zimmerman