UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND CLOUTIER,

Plaintiff,

v.

WESTERN UNION EMPLOYEE BENEFIT FUND COMMITTEE, and WESTERN UNION FINANCIAL SERVICES, INC., PENSION PLAN

Defendant.

C.A. No. 05-182T

**ENTRY OF APPEARANCE**

I, Raymond M. Ripple, hereby enter my appearance on behalf of the Defendants in the above-captioned matter, Western Union Employee Benefit Fund Committee and Western Union Financial Services, Inc., Pension Plan. Kenneth W. Salinger and Joseph P. Mingolla of Palmer & Dodge LLP, previously admitted *pro hac vice*, will continue to represent the Defendants as well.

WESTERN UNION EMPLOYEE BENEFIT FUND COMMITTEE and WESTERN UNION FINANCIAL SERVICES, INC., PENSION PLAN

By Their Attorneys,

Raymond M. Ripple (#6489)
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2005, I caused a true copy of the within Entry of Appearance to be served by first class mail, postage prepaid, to the following counsel of record:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903



PRV_PRV_759289_1/RRIPPLE