UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAYMOND CLOUTIER,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN UNION EMPLOYEE BENEFIT FUND COMMITTEE, and WESTERN UNION FINANCIAL SERVICES, INC., PENSION PLAN<br><br>Defendant | Civil Action No. 05-182T |

WITHDRAWAL OF APPEARANCE

I, Paul V. Curcio hereby withdraw my appearance as counsel for Defendant Western Union Employee Benefit Fund Committee and Western Union Financial Services, Inc., Pension Plan in connection with the above-captioned matter. Joseph P. Mingolla of Palmer & Dodge LLP, previously admitted *pro hac vice,* will continue to represent the Defendant.

Paul V. Curcio
PAUL V. CURCIO, #1965
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 751-0604/351-4607
Dated: October 5, 2005

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was mailed/hand delivered to the following attorneys of record: Mark B. Morse, Esq., 111 Wayland Avenue Providence, RI 02906, Joseph P. Mingolla, Esq., Palmer & Dodge LLP, 111 Huntington Avenue Boston, MA 02199, on this 5th day of October, 2005.

Shelley L. Zimmerman

*356968_1.doc*