UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

NOV 22 2005

Property of U.S. District Court
District of Rhode Island

RAYMOND CLOUTIER,

Plaintiff,

v.

WESTERN UNION EMPLOYEE BENEFIT FUND COMMITTEE, AND WESTERN UNION FINANCIAL SERVICES, INC., PENSION PLAN,

Defendant.

Civil Action No. 05-182T

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties to this action stipulate that this case be dismissed with prejudice and without costs, the parties waiving all rights of appeal.

Mark B. Morse (# 3003)
LAW OFFICE OF MARK B. MORSE
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555

*Attorney for Plaintiff*

Raymond J. Ripple (# 6489)
Joseph P. Mingolla (*pro hac vice*; Mass.# 631287)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

*Attorneys for Defendants*

Date: ______________________________, 2005

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 11/28/05